UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re: Sapphire Development, LLC                    Case # 13-50043 (AHWS)

Debtor-in-Possession                                 January 18, 2013

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Pursuant to 11 U.S.C. § 362(d)(1)(2) and/or (4) and Bankruptcy Rule 4001, Robert J. McKay respectfully moves the Court to terminate the automatic stay effected by the filing of the Debtor's Petition in this Court.

In support of this Motion, McKay respectfully incorporates his Affidavit of January 13, 2013, and Exhibit 8 annexed hereto and, through his counsel, represents as follows:

1.  McKay wishes to continue the prosecution of the State Court Action, which was scheduled for trial before Hon. Brazzel-Massaro in the Complex Litigation Docket of the Stamford Superior Court on January 14-18, 2013 and, if necessary, on January 23-24, 2013.

2.  In the State Court Action, McKay caused to be recorded a *Lis Pendens* in the Ridgefield Land Records against the Longman Residence, which is the sole asset of the Debtor identified in its Petition.

3.  In the State Court Action, McKay alleges that the Quit Claim Deed of the Longman Residence from Longman to the Debtor, purportedly executed on November 16, 2007, was a fraudulent transfer, made without consideration to effectuate a mere change of form of ownership where there was no change of beneficial ownership. (Ex.

8 hereto.) Because of this fraudulent transfer, McKay contends that the Longman Residence is not, in fact, property of the Debtor's bankrupt estate within the meaning of 11 U.S.C. § 541(a).

4. The *Lis Pendens* of McKay filed in connection with the State Court Action does not adequately protect his interest in the Longman Residence.

5. The Debtor does not have equity in the Longman Residence.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2013.

*[signature]*

James R. Fogarty - Federal ID # ct04624
Counsel for Robert J. McKay
Fogarty Cohen Selby & Nemiroff, LLC
88 Field Point Road, P.O. Box 2508
Greenwich, CT  06836-2508
T (203) 629-7351 - F (203) 629-7319
jfogarty@fcsn.com

Doc ID: 000514070002 Type: LAN
BK 864 PG 491-492

## QUIT-CLAIM DEED

TO ALL PEOPLE TO WHOM THESE PRESENTS SHALL COME GREETING:

KNOW YE, That **Stuart L. Longman**, hereinafter referred to as the Grantor, for the consideration of ONE DOLLAR ($1.00) and other valuable consideration received to their full satisfaction of **SAPPHIRE DEVELOPMENT, LLC**, a Connecticut Limited Liability Company, hereinafter referred to as the Grantee, does remise, release and forever QUIT-CLAIM unto said **SAPPHIRE DEVELOPMENT, LLC**, to its successors and assigns forever, all right, title, claim and demand whatsoever as said Grantor has or ought to have in or to the property shown and described in the Schedule "A" attached hereto and made a part hereof.

TO HAVE AND TO HOLD the premises, with all the appurtenances, unto the said Grantee, and its successors and assigns forever, so that neither the Grantor nor its heirs nor any other person under them shall hereafter have any claim, right to title in or to the premises, or any part thereof, but therefrom they are by these presents forever barred and excluded.

IN WITNESS WHEREOF, the Grantor has hereunto set its hand and seal the date noted below.

Signed, Sealed and Delivered
in the presence of:

_____        By: _____
Shannon Gallifold, Witness                    Stuart L. Longman

_____
Michelle Brattinoni, Witness

STATE OF CONNECTICUT     )  Ridgefield
                         ) ss: ~~Stamford~~          November   , 2007
COUNTY OF FAIRFIELD      )

On this the 16th day of November, 2007, before me, Shannon Gallifold the undersigned officer, personally appeared, Stuart L. Longman, executed the foregoing instrument for the purposes therein contained, by signing the name.

In witness whereof I have hereunto set my hand.

_____
Notary Public
My Commission Expires: _____

No Conveyance Tax Received

Barbara Serfilippi
Town Clerk of Ridgefield

PLAINTIFF'S
EXHIBIT NO. 8
FOR IDENTIFICATION
DATE: 9-15-11    RPTR:

Book 864 Page 491

## SCHEDULE A

ALL THAT CERTAIN piece, parcel or tract of land, shown and delineated as "Revised Parcel B – 30.410 Acres" on that certain map entitled: "Zoning Location Survey Map Showing Proposed Revised Parcels A and B Prepared for Stuart L. Longman, 424 West Mountain Road, Ridgefield, Connecticut, Scale 1" = 100', August 27, 1997", certified substantially correct by Eric J. Kristohherson, L.S. Said map is on file in the Ridgefield Land Records as Map No. 8438.

And Parcel "C" 0.295 Acres on map entitled, "Map Prepared for Gayla J. Gillette, Ridgefield, Connecticut, Total Area = 35.445 AC." Dated March 17, 1998 and March 19, 1998 by John R. O'Brien.

Excepting therefrom Parcel "A" 0.075 Acres on map entitled, "Map Prepared for Gayla J. Gillette, Ridgefield, Connecticut, Total Area = 35.445 AC.", dated March 17, 1998 and March 19, 1998 by John R. O'Brien.

Excepting therefrom that certain piece, parcel or tract of land shown and designated as "5.834 Acres, (To Be Conveyed by Stuart L. Longman to Dorothy I. Longman)", as shown on map entitled, "Map Prepared for Dorothy I. Longman, Ridgefield, onnecticut, Total Area = 10.438 AC.", which map is on file in the Ridgefield Land Records as Map No. 8259.

Together with a View Easement dated April 3, 1998 and recorded in Volume 562 at Page 606 of the Ridgefield Land Records.

Together with all right, title and interest, if any, of the Grantor in and to any streets and roads abutting the above described premises to the center line thereof; together with the appurtenances and all the estate and rights of the Grantor in and to said premises.

Received for Record at Ridgefield, CT
On 12/04/2007 At 1:20:49 pm

*Barbara Serfilippi*
Town Clerk

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed or electronically delivered on this date hereon to all counsel and pro se parties of record and to the creditors listed by the Debtor:

By telefax (203) 325-4376

    Law Offices of Ellery E. Plotkin, LLC
    Ellery E. Plotkin
    777 Summer Street, 2nd floor
    Stamford, CT 06901
    Attorney for Debtor

By email to:    EPlotkinJD@aol.com

                USTPRegion02.NH.ECF@USDOJ.GOV

                Gerald L. Garlick, Esq.
                Katherine E. Abel, Esq.
                Linda Clifford Hadley, Esq.
                Krasow, Garlick & Hadley
                1 Financial Plaza
                Hartford, CT  06103
                T(860)549-7100 – F(860) 728-1651
                Gerald.Garlick@krasowgarlick.com
                Katie.Abel@krasowgarlick.com
                lhadley@krasowgarlick.com

By mail to:

Berkowitz Trager & Trager, LLC
8 Wright Street
Westport, CT  06880

Bethel Overhead Doors, LLC
20 Taylor Avenue
Bethel, CT  06801

3

Gault Mason Supply
One Paul Street
Bethel, CT   06801

J.P. Morgan Chase Bank NA
1111 Polaris Parkway
Columbus, OH   43240

Mark Stern & Associates, LLC
16 River Street
Norwalk, CT   06850

O&G Industries
9 Segar Street
Danbury, CT   06810

Pure Insurance Company
One North Lexington Ave., Suite 1450
White Plains, NY   10601

Savings Bank of Danbury
35 West Street
Danbury, CT   06810

Sloss Electric, LLC
41 Lancaster Drive
Beacon Falls, CT   06403

Town of Ridgefield
400 Main Street
Ridgefield, CT   06877

_____
James R. Fogarty

4